# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

### NO. 03-05-00019-CV

**Ralph Dreyer, Appellant**

**v.**

**Delores Smith, Appellee**

### FROM THE COUNTY COURT AT LAW OF TOM GREEN COUNTY
### NO. 03P219-L, HONORABLE BEN NOLEN, JUDGE PRESIDING

## M E M O R A N D U M   O P I N I O N

Appellant Ralph Dreyer no longer wishes to pursue his appeal and has filed a motion to dismiss that appellee Delores Smith does not oppose. We grant the motion and dismiss the appeal. Tex. R. App. P. 42.1(a).

_____

W. Kenneth Law, Chief Justice

Before Chief Justice Law, Justices Patterson and Puryear

Dismissed on Appellant's Motion

Filed: November 14, 2008